**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

MARK FULTZ,

       Plaintiff,                          Case No. 26-cv-10611
                                            Hon. Matthew F. Leitman

v.

1400 WEBWARD AVENUE LLC, et al.,

       Defendants.

_____/

## ORDER EXTENDING DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Before the Court is the Parties' Second Stipulation to Extend Defendants' Deadline to Answer or Otherwise Respond to Plaintiff's Complaint to July 17, 2026. The Court adopts the Stipulation and, therefore, GRANTS the requested relief. Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint is extended to and including July 17, 2026.

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated:  June 16, 2026

326584353v.1